**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SANDRA FORD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEEZIE, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-02070<br><br>Honorable Joan H. Lefkow |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Weezie, Inc. ("Weezie" or "Defendant"), by its undersigned counsel, respectfully moves this Court pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint with prejudice and entering judgment in favor of Defendant. In support of this Motion, Defendant submits a memorandum of law herewith.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Joshua Concannon*

Joshua Concannon
Dentons US LLP
233 S Wacker Drive, Suite 5900
Chicago, IL 60606
Tel: (312) 876-8919
joshua.concannon@dentons.com

*Attorney for Defendant Weezie, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

*/s/ Joshua B. Concannon*
Joshua B. Concannon